for the Tenth Circuit granted. *Messrs. Morrison Shafroth, W. W. Grant,* and *Henry W. Toll* for petitioners. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key, Carlton Fox* and *S. Dee Hanson* for respondent.

No. 1042. LYETH *v.* HOEY, COLLECTOR OF INTERNAL REVENUE. May 31, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. J. M. Richardson Lyeth, Will R. Gregg,* and *Allin H. Pierce* for petitioner. *Solicitor General Jackson* for respondent.

No. 1043. SCHER *v.* UNITED STATES. May 31, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Mr. A. L. Greenspun* for petitioner. *Solicitor General Jackson, Hugh A. Fisher, Mahlon D. Kiefer,* and *W. Marvin Smith* for the United States.

No. 1048. HARRIS ET AL. *v.* AVERY BRUNDAGE CO. ET AL. May 31, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Benjamin F. J. Odell* for petitioners. *Mr. Sigmund W. David* for respondents.

No. 1016. SOVEREIGN CAMP OF THE WOODMEN OF THE WORLD *v.* BOLIN ET AL. May 31, 1938. Petition for writ of certiorari to the Kansas City Court of Appeals, of Missouri, granted. *Messrs. John T. Harding, D. A. Murphy,* and *Rainey T. Wells* for petitioner. *Mr. Ray Weightman* for respondents.